JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA K. SCHEIDER, PATRICIA A. DAUGHENBAUGH, AND PAMELA SHIPPEE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 20CV-08979-MWF(JPRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm.: 5A (First St.) |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

The Stipulation re Dismissal with Prejudice of the parties pursuant to FRCP 41(a)(1)(A)(ii) having been filed, the above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The clerk shall close the file.

IT IS SO ORDERED.

DATED: October 18, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge